151 A.3d 97

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. EARIC BILLUE, DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002177-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.